UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE MANZONO,<br><br>                  Plaintiff,<br><br>vs.<br><br>M.R.S. ASSOCIATES, INC.,<br><br>                  Defendant. | Case No. 2:13-cv-01733-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the Substitution of Attorney (#8) filed November 15, 2013, wherein Defendant M.R.S. Associates moves to substitute James K. Schultz in the place of Anthony Ager as counsel for Defendant. The Court notes that attorney James K. Schultz is a Nevada licensed attorney, but does not indicate that he maintains an office in Nevada. Pursuant to LR IA 10-1(b), a Nevada licensed attorney who does not maintain an office in Nevada "shall either associate a licensed Nevada attorney maintaining an office in Nevada or designate a licensed Nevada attorney maintaining an office in Nevada, upon whom all papers, process, or pleadings required to be served upon the attorney may be so served." Mr. Schultz shall have 14 days from the date of this order to comply with LR IA 10-1(b). Accordingly,

**IT IS ORDERED** that the Substitution of Attorney (#8) is denied without prejudice.

DATED this 18th day of November, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge