# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JACQUELINE MANZANO, | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-01733-JCM-GWF |
| vs. | ) | **ORDER** |
| M.R.S. ASSOCIATES, INC., | ) | |
| Defendant. | ) | |

This matter comes before the Court on Anthony R. Ager, Esq.'s Motion to Withdraw as Counsel for Defendant MRS Associates, Inc. (#11), filed on November 26, 2013. The Court finds Mr. Ager establishes good cause to withdraw, and Defendant has other counsel of record in this matter. Furthermore, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

**IT IS HEREBY ORDERED** that Anthony R. Ager, Esq.'s Motion to Withdraw as Counsel (#11) is **granted**.

DATED this 17th day of December, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge