James K. Schultz, Esq. (NV Bar No. 10219)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
55 W. Monroe St., Ste.1120
Chicago, IL  60603
Telephone: (312) 578-0990
jschultz@sessions-law.biz

Attorney for MRS Associates, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE MANZANO, | Case No. 2:13-CV-01733-JCM-(GWF) |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS<br>Fed.R.Civ.P. 41 (a)(1)(A)(ii) |
| MRS ASSOCIATES, INC., | |
| Defendant. | |

It is hereby stipulated by and between Plaintiff Jacqueline Manzano and Defendant MRS Associates, Inc., that this action shall be dismissed in its entirety with prejudice, each party to bear her/its own fees and costs. This stipulation is made with respect to the following:

1. This action was filed on September 23, 2013. MRS responded to the complaint on October 28, 2013.

2. The parties exchanged initial disclosures, and MRS responded to discovery

Stipulation to Dismiss

1

propounded by plaintiff, which consisted of interrogatories, requests for production, and requests for admissions.

3. Due to plaintiff's medical condition, which has required treatment since January 2014, and the uncertainty of plaintiff's health, plaintiff has elected not to move forward with this action.

4. The action involves disputed claims between plaintiff and MRS, which both parties intended to litigate fully. However, plaintiff has determined it is in her best interest to dismiss this case with prejudice.

5. Plaintiff hereby affirms her understanding that the effect of such a dismissal is to bar future litigation of the claims asserted in this action.

6. The parties have agreed that each party shall bear her/its own fees and costs.

IT IS SO STIPULATED.

Dated: 4-27-2014

Jacqueline Manzano
Plaintiff in pro per

Dated: 4/25/14          SESSIONS FISHMAN NATHAN & ISRAEL, L.L.C.

/s/James K. Schultz
James K. Schultz
Attorney for Defendant
MRS Associates, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE MANZANO, | ) Case No.  2:13-CV-01733-JCM-(GWF) |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING STIPULATION TO ) DISMISS |
| MRS ASSOCIATES, INC., | ) |
| Defendant. | ) |

Based upon the stipulation to dismiss executed by the parties pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii), and filed April 28, 2014,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, each party to bear her/its own fees and costs.

Dated: May 1, 2014.

_____
Hon. James C. Mahan
United States District Judge